◊AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |
|---|---|---|

| Daniel Parker | CONSENT ORDER GRANTING |
|---|---|
| Plaintiff(s), | SUBSTITUTION OF ATTORNEY |
| V. | |
| County of Westchester, et al. | CASE NUMBER: 11-cv-07264-KMK-LMS |
| Defendant(s), | |

Notice is hereby given that, subject to approval by the court, __Bonita E. Zelman__ substitutes
(Party (s) Name)

__Michael S. Ross, Esq.__, State Bar No. __1433390__ as counsel of record in
(Name of New Attorney)

place of __Barry R. Temkin, Esq., and Daniel Markewich, Esq. (Mound Cotton Wollan & Greengrass)__ .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| Firm Name: | Law Offices of Michael S. Ross |
|---|---|
| Address: | 60 East 42nd Street, 47th Floor |
| Telephone: | (212) 505-4060        Facsimile (212) 505-4054 |
| E-Mail (Optional): | michaelross@rosslaw.org |

I consent to the above substitution.

Date: __8/28/2015__

*Bonita E. Zelman*
(Signature of Party (s))

I consent to being substituted.

Date: __8/28/2015__

*Barry Temkin*
(Signature of Former Attorney (s))

I consent to the above substitution.

Date: __8/28/2015__

*(signed)*
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____    _____
                                                        Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |

Daniel Parker
                Plaintiff(s),
V.
County of Westchester, et al.
                Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 11-cv-07264-KMK-LMS

Notice is hereby given that, subject to approval by the court, __Bonita E. Zelman__ substitutes
(Party (s) Name)

__Michael S. Ross, Esq.__, State Bar No. __1433390__ as counsel of record in
(Name of New Attorney)

place of __Barry R. Temkin, Esq., and Daniel Markewich, Esq. (Mound Cotton Wollan & Greengrass)__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Law Offices of Michael S. Ross
Address: 60 East 42nd Street, 47th Floor
Telephone: (212) 505-4060          Facsimile (212) 505-4054
E-Mail (Optional): michaelross@rosslaw.org

I consent to the above substitution.
Date: 8/28/2015
_Bonita E. Zelman_
(Signature of Party (s))

I consent to being substituted.
Date: 8/28/2015
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 8/28/2015
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____    _____
                                                                 Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]